# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   BARBARA A. ANDERSON                                          Case Number: 07-70270
         523 HANNAH COURT, #11                SSN-xxx-xx-0817
         LOVES PARK, IL  61111

Case filed on:       2/9/2007
Plan Confirmed on:   4/20/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $825.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 702.54 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 702.54 | 0.00 |
|  |  |  |  |  |  |
| 999 | BARBARA A. ANDERSON | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASPIRE VISA | 2,278.04 | 2,278.04 | 0.00 | 0.00 |
| 003 | FOREST CITY DIAGNOSTIC IMAGING | 290.82 | 290.82 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 6,653.53 | 6,653.53 | 0.00 | 0.00 |
| 005 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | VISITING NURSES ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 723.66 | 723.66 | 0.00 | 0.00 |
|  | Total Unsecured | 9,946.05 | 9,946.05 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 11,946.05 | 11,946.05 | 777.54 | 0.00 |

Total Paid Claimant:      $777.54
Trustee Allowance:        $47.46              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00      discharging the trustee and the trustee's surety from any and all
                                     liablility on account of the within proceedings, and closing the estate,
                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                     certify that the subject case has been fully administered.

        Report Dated:

                                        /s/ Lydia S. Meyer
                                       Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan